**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS INC., <br><br>              Plaintiff, <br><br>     v. <br><br> ACER INC., <br><br>              Defendant. | C.A. No. 6:22-cv-00639 <br> C.A. No. 6:22-cv-00640 <br> C.A. No. 6:22-cv-00641 <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF JERRY CHEN IN SUPPORT OF**
**DEFENDANT ACER INC.'S DAUBERT MOTION AND MOTION TO STRIKE**
**OPINIONS OF SVV'S EXPERT THOMAS CREDELLE**

I, Jerry Chen, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner at TechKnowledge Law Group LLP, counsel for Defendant Acer Inc. ("Defendant" or "Acer") in the above-captioned case. I am admitted to practice before this court *pro hac vice*. I make this declaration in support of Acer's Daubert Motion and Motion to Strike Opinions of SVV's Expert Thomas Credelle. I make the following statements to the best of my knowledge and if called as a witness, I could and would testify competently as to my knowledge of the statement made herein.

2. Attached hereto as Exhibit 1 is a true a correct copy of excerpts from the Opening Expert Report of Thomas L. Credelle Regarding Infringement by Acer Inc., dated October 26, 2023.

3. Attached hereto as Exhibit 2 is a true a correct copy of excerpts from the deposition transcript of SVV's technical expert Thomas L. Credelle taken on December 19 and 27, 2023.

4. Attached hereto as Exhibit 3 is a true a correct copy of excerpts from the deposition transcript of Acer corporate designee Marc Ho taken on October 5, 2023.

1

5.      Attached hereto as Exhibit 4 are true correct copies of the cover pleadings for SVV's Preliminary and Final Infringement Contentions served on September 20, 2022 and June 16, 2023 respectively, and a chart provided with SVV's Supplemental Claim Charts served on March 29, 2023.

6.      Attached hereto as Exhibit 5 is a true a correct copy of excerpts from a claim chart for the 27HC5RPBIIPX, attached as Ex. 195 to Mr. Credelle's Opening Report, showing the structure and arranged of the light deflecting elements.

7.      Attached hereto as Exhibit 6 is a true a correct copy of excerpts from a claim chart for the K272HLHBI attached as Ex. 165 to Mr. Credelle's Opening Report, showing the structure and arranged of the light deflecting elements.

8.      Attached hereto as Exhibit 7 is a true a correct copy of excerpts from the deposition transcript of Acer corporate designee Kate Shang taken on September 27, 2023.

9.      Attached hereto as Exhibit 8 are true and correct copies of a January 22, 2021 letter sent by SVV to Acer America Corporation with associated receipts and a January 29, 2021 Email from Acer legal to SVV produced at Bates Nos. SVVTI000410 to SVVTI000415, ACER00034999.

10.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts from Acer's 2022 Annual Report produced at Bates Nos. SVVTI000462 to SVVTI000785.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Jose, California on January 10, 2024.

_____

Jerry Chen

2