UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**

June 06, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Jennifer Clark_____

DEPUTY

SVV TECHNOLOGY INNOVATIONS INC.   §
                                  §
vs.                               §      NO:  WA:22-CV-00640-ADA
                                  §
ACER INC.                         §

## JURY NOTE #1

The foreperson is: ████████████  _____

                        ████████████
                        ████████████
                        ████████████

                        FOREPERSON

RESPONSE:

DATE:  6/6/2024   TIME:  11:58

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

June 6, 2024
1200 pm