FILED
June 06, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Jennifer Clark_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SVV TECHNOLOGY INNOVATIONS INC. | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:22-cv-00640-ADA |
| ACER INC. | § § § | JURY DEMANDED |
| Defendant. | § § § | |

# VERDICT FORM

When answering the following questions and filling out this Verdict Form, you are to follow the instructions I have given you in the Court's Jury Instructions charge and follow the directions provided throughout this form. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein, the following terms have the following meanings:

- "SVV" refers to SVV Technology Innovations Inc.

- "Acer" refers to Acer Inc.

- The "'135 Patent" refers to U.S. Patent No. 10,838,135.

- The "'397 Patent" refers to U.S. Patent No. 8,740,397.

1

- The "'191 Patent" refers to U.S. Patent No. 10,797,191.

- The "'205 Patent" refers to U.S. Patent No. 10,868,205.

- The "Asserted Claims" refers to claim 16 of the '135 Patent; claims 9 and 14 of the '397 Patent; claim 10 of the '191 Patent; and claim 17 of the '205 Patent.

# IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

# READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

## QUESTION NO. 1:

Did SVV prove by a preponderance of the evidence that Acer is liable for infringing **ANY** of the following Asserted Claims?

For each claim below, please check "Yes" or "No"

**'135 Patent**

Claim 16 of the '135 Patent          YES  ✓          NO  _____

**'397 Patent**

Claim 9 of the '397 Patent           YES  ✓          NO  _____

Claim 14 of the '397 Patent          YES  ✓          NO  _____

**'191 Patent**

Claim 10 of the '191 Patent          YES  ✓          NO  _____

**'205 Patent**

Claim 17 of the '205 Patent          YES  ✓          NO  _____

**If you determine that the answer to Question 1 is "Yes" for the '135 Patent: please specify the products that infringe that or those claim(s) by placing a check mark or "X" in the "yes" or "no" lines below:**

Acer Predator Gaming Monitor XB323U    Yes ✓    No ____

Acer XB271H    Yes ✓    No ____

Acer XV270    Yes ✓    No ____

5

**If you found "NO" infringement as to ALL Asserted Claims in Question No. 1 then DO NOT answer the remaining questions.**

**ONLY answer Question No. 2 for claims you found be infringed in Question No. 1.**

**QUESTION NO. 2:**

Did Acer prove by clear and convincing evidence that **ANY** of the following Asserted Claims are invalid?

For each claim you found infringed in Question No. 1, check "Yes" or "No"

**'135 Patent**

Claim 16 of the '135 Patent          YES _____          NO __✓__

**'397 Patent**

Claim 9 of the '397 Patent           YES _____          NO __✓__

Claim 14 of the '397 Patent          YES _____          NO __✓__

**'191 Patent**

Claim 10 of the '191 Patent          YES _____          NO __✓__

**'205 Patent**

Claim 17 of the '205 Patent          YES _____          NO __✓__

6

**<u>Answer Question No. 3 ONLY as to any Asserted Claim that you have found in Question Nos. 1 and 2 to be BOTH infringed AND not invalid.</u>**

**QUESTION NO. 3:**

Did SVV prove by a preponderance of the evidence that Acer willfully infringed **ANY** of the Asserted Claims that you found were infringed and not invalid?

Please check "Yes" or "No"

Yes: ✓      No:

7

**Answer Question Nos. 4 and 5 ONLY as to any Asserted Claim that you have found in Question Nos. 1 and 2 to be BOTH infringed AND not invalid.**

**QUESTION NO. 4:**

What sum of money, if paid now in cash, has SVV proven by a preponderance of the evidence would fairly and reasonably compensate SVV for Acer's infringement? Answer in United States Dollars and Cents:

$ __10,306,900__

**QUESTION NO. 5:**

Is the total amount you found in Question No. 4 a one-time time lump sum for past and future sales or a running royalty just for past sales? Check **ONLY** one of the following:

    One-time lump sum: __✓__

    Running Royalty: _____

## **FINAL PAGE OF JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

I certify that the jury unanimously concurs in every element of the above verdict.

SIGNED this ___6th___ day of June, 2024.



JURY FOREPERSON