IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SVV TECHNOLOGY INNOVATIONS INC.**<br><br>*Plaintiff,*<br><br>v.<br><br>**ACER INC.**<br><br>*Defendant.* | Civil Action No. 6:22-cv-00640-ADA<br><br>**JURY DEMANDED** |

## PLAINTIFF'S PROPOSED BILL OF COSTS

The above-captioned matter was tried to a jury, which returned a verdict on June 6, 2024. ECF No. 158. The Court subsequently entered judgment, finding that "SVV is the prevailing party in this action, is entitled to recover its costs from Acer, and shall file its bill of costs after entry of judgment." ECF No. 179 at 2. Pursuant to 28 U.S.C. § 1920, Federal Rule of Civil Procedure 54(d)(1), and Local Rule CV-54(a), Plaintiff SVV Technology Innovations submits the following proposed bill of costs, requesting an award of $184,353.67. SVV's costs are enumerated in the attached Bill of Costs Form AO 133, along with supporting documentation.

SVV has served this proposed bill of costs on Defendant Acer Inc. To the extent Acer objects to any portion of SVV's proposed bill of costs, the parties shall confer and, if necessary, file a submission pursuant to Local Rule CV-54(a).

1

DATED: October 8, 2024                                      Respectfully submitted,

/s/ Warren J. McCarty, III
Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Warren J. McCarty, III
Texas Bar No. 24107857
Email: wmccarty@caldwellcc.com
Robert Seth Reich, Jr.
Texas Bar No. 24088283
Email: sreich@caldwellcc.com
Daniel R. Pearson
Texas Bar No. 24070398
Email: dpearson@caldwellcc.com
John F. Summers
Texas Bar No. 24079417
Email: jsummers@caldwellcc.com
Aisha M. Haley *(admitted pro hac vice)*
Texas Bar No. 24139895
Bjorn A. Blomquist
Texas Bar No. 24125125
Email: bblomquiest@caldwellcc.com
**CALDWELL CASSADY & CURRY P.C.**
2121 N Pearl Street, Suite 1200
Dallas, Texas 75201
Telephone:   (214) 888-4848
Facsimile:    (214) 888-4849

Robert D. Katz
Texas Bar No. 24057936
Email: rkatz@katzfirm.com
**KATZ PLLC**
6060 N. Central Expressway, Suite 560
Dallas, Texas 75206
Telephone:   (214) 865-8000
Facsimile:    (888) 231-5775

**ATTORNEYS FOR PLAINTIFF SVV TECHNOLOGY INNOVATIONS INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2024, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system and by email. Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases, Western District of Texas, Section 14.

*/s/ Warren J. McCarty, III*
Warren J. McCarty, III

AO 133 (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

SVV Technology Innovations, Inc.  )
v.                                )  Case No.: 6:22-cv-00640-ADA
Acer Inc.                         )

## BILL OF COSTS

Judgment having been entered in the above entitled action on  9/24/2024  against  Acer Inc.  ,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 1,002.00 |
| Fees for service of summons and subpoena | 90.89 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 34,283.43 |
| Fees and disbursements for printing | 21,716.94 |
| Fees for witnesses *(itemize on page two)* | 5,455.98 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | 118,028.18 |
| Docket fees under 28 U.S.C. § 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 | 1,363.00 |
| Other costs *(please itemize)* | 2,413.25 |
| TOTAL | $ 184,353.67 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service    ☐ First class mail, postage prepaid
☐ Other:

s/ Attorney: /s/ Robert D. Katz
Name of Attorney: Robert D. Katz

For: SVV Technology Innovations Inc.             Date: 10/8/2024
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court        Deputy Clerk        Date

AO 133  (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || TRAVEL || Total Cost Each Witness |
|  | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost |  |
| Sergiy Vasylyev<br>Elk Grove, CA | 4 | 160.00 | 4 | 684.00 | 1,411 | 1,410.98 | $2,254.98 |
| Tom Credelle<br>Powell Butte, OR | 2 | 80.00 | 2 | 342.00 | 2,357 | 2,357.00 | $2,779.00 |
| Matthew Farber<br>Dallas, TX | 2 | 80.00 | 2 | 342.00 |  |  | $422.00 |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  | TOTAL | $5,455.98 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:
     Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print     Save As...     Reset