# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACER INC., | CIVIL ACTION NO. 6:22-CV-640-ADA |

## ORDER

Before the Court is Defendant's Rule 59 Motion for New Trial or Remittitur. Having considered the Motion, the Court finds that it should be and is hereby **GRANTED**.

_____ A new trial is granted on the following issues: _____.

_____ Within seven days of this order, the Plaintiff shall inform the Court whether it will accept the remitted damages award of a one-time lump sum in the amount of $767,000, or whether Plaintiff desires a new trial to have a jury decide the amount of the one-time lump sum award.

**IT IS SO ORDERED.**

SIGNED this _____ day of _____, 2024.

_____
ALAN D ALBRIGHT

                                              UNITED STATES DISTRICT JUDGE