IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS INC. § § § *Plaintiff*, § § v. § § ACER INC. § § *Defendant*. § § § | Civil Action No. 6:22-cv-00640-ADA JURY DEMANDED |

## PLAINTIFF'S NOTICE OF *EX PARTE* REEXAMINATION REQUEST BY DEFENDANT ACER INC.

Pursuant to the Court's Standing Order Governing Proceedings—Patent Cases,[1] Plaintiff SVV Technology Innovations, Inc. ("SVV") respectfully notifies the Court that, on November 26, 2024, Defendant Acer Inc. ("Acer") filed a request with the U.S. Patent and Trademark Office for *ex parte* reexamination of claims 1 and 16 of U.S. Patent No. 10,838,135 ("the '135 Patent").

SVV filed this case in June of 2022, approximately 2.5 years ago. *See* ECF No. 1 (Original Complaint). The statutory deadline for Acer to file a petition for *inter partes* review expired approximately 1.5 years ago, *see* 35 U.S.C. § 315(b), but Acer did not file any petitions for *inter partes* review. The Court subsequently presided over trial in this matter in June of 2024. The '135 Patent is one of four SVV patents litigated at trial. A jury unanimously found against Acer on the issue of invalidity, including as to claim 16 of the '135 Patent. ECF No. 158 at 6.

After waiving its ability to litigate invalidity at the USPTO through *inter partes* review and litigating invalidity in the district court at trial, Acer files this reexamination request seeking to

---

[1] The Court's OGP instructs Plaintiffs to file "a notice informing the Court when an IPR is filed, . . ." OGP v.4.4 at 9 (§ X.5). Though not a petition for *inter partes* review, SVV respectfully provides notice of this request for proceeding before the USPTO out of an abundance of caution.

1

reopen the issue of invalidity on certain claims of the '135 Patent.  In particular, Acer's request represents to the USPTO that the alleged references of "Mitsuru" and "Gandhi"[2] present a substantial new question of patentability for claims 1 and 16 of the '135 Patent.  Acer asserted these same references in this case through pretrial, but Acer ultimately dropped these prior art references before trial.

A copy of Acer's request is attached as Exhibit A.  Acer's request has been assigned the application number RE 90/019,746.  The USPTO is expected to rule on Acer's reexamination request by February 26, 2025.  Acer has requested that, if its request is granted, the reexamination "be conducted not only with 'special dispatch,' but also with 'priority over all other cases[,]'" Ex. A at 1, citing the "ongoing nature" of this case, including the lack of final judgment, and the time for appeal not yet expiring.  *Id.*

---

[2] Japanese Patent App. Pub. No. JP 2006-114239 ("Mitsuru") and U.S. Patent No. 7,876,489 ("Gandhi").

DATED: December 10, 2024                Respectfully submitted,

/s/ *Robert D. Katz*
Robert D. Katz

Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Warren J. McCarty, III
Texas State Bar No. 24107857
Email: wmccarty@caldwellcc.com
Robert Seth Reich Jr.
Texas Bar No. 24088283
Email: sreich@caldwellcc.com
Daniel R. Pearson
Texas Bar No. 24070398
Email: dpearson@caldwellcc.com
John F. Summers
Texas Bar No. 24079417
Email: jsummers@caldwellcc.com
Aisha M. Haley
D.C. Bar No. 1034110
Email: ahaley@caldwellcc.com
Bjorn A. Blomquist
Texas State Bar No. 24125125
Email: bblomquist@caldwellcc.com
**CALDWELL CASSADY CURRY**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Robert D. Katz
Texas Bar No. 24057936
**KATZ PLLC**
6060 N. Central Expressway, Suite 560
Dallas, TX 75206
214-865-8000
888-231-5775 (fax)
rkatz@katzfirm.com

**ATTORNEYS FOR PLAINTIFF**
**SVV TECHNOLOGY INNOVATIONS INC.**