IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ACER INC.,<br><br>Defendant. | Civil Action No. 6:22-cv-640-ADA |

## ORDER GRANTING DEFENDANT ACER INC.'S UNOPPOSED MOTION TO STAY EXECUTION OF JUDGMENT

On this day, the Court considered Defendant Acer Inc.'s ("Acer") Unopposed Motion to Stay Execution of Judgment. ECF No. 202. After considering the briefing, and its unopposed nature, the Court has determined that Defendant Acer Inc.'s Unopposed Motion to Stay Execution of Judgment should be, and is hereby **GRANTED**.

**IT IS SO ORDERED and SIGNED** this 27th day of January, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE