# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| SVV TECHNOLOGY INNOVATIONS INC. | § § | |
| vs. | § § | NO:  WA:22-CV-00640-ADA |
| ACER INC. | § | |

## ORDER SETTING POST-TRIAL MOTIONS HEARING [ZOOM]

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for POST-TRIAL MOTIONS HEARING by Zoom on April 24, 2025 at 02:00 PM.

IT IS SO ORDERED this 31st day of March, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE