# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| SVV TECHNOLOGY INNOVATIONS INC. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:22-CV-00640-ADA |
| | § | |
| ACER INC. | § | |

## ORDER CANCELLING POST-TRIAL MOTIONS HEARING [ZOOM]

    IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **POST-TRIAL MOTIONS HEARING [ZOOM]** on **Thursday, April 24, 2025 at 02:00 PM is hereby CANCELLED until further order of the court**.

    IT IS SO ORDERED this 10th day of April, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE