# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **SVV TECHNOLOGY INNOVATIONS INC.,** | § | |
| *Plaintiff,* | § § § | |
| | § | **Civil Action No. 6:22-CV-00640-ADA** |
| **v.** | § § | |
| **ACER INC.,** | § § | |
| *Defendant.* | § § | |

## ORDER TO PAY TECHNICAL ADVISOR

For the reasons explained in the Order Appointing Technical Advisor previously entered in the above-captioned case, the Court found the technology in this case to be exceptionally complex. Accordingly, the Court appointed Barry Shelton to serve as technical advisor. The Court has reviewed Mr. Shelton's invoice for services through today, which include assisting the Court in evaluating the post-trial motions and the preparation of the memorandum opinion and order. The Court finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $28,480 |
| Defendant: | $28,480 |

**SIGNED** this 9th day of June 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE