**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS, INC., <br><br>                 Plaintiff, <br><br> v. <br><br> ACER INC., | CIVIL ACTION NO. 6:22-CV-640-ADA |

**DEFENDANT ACER INC.'S NOTICE OF APPEAL TO**
**THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Notice is hereby given that Defendant Acer Inc. hereby appeals the above-captioned case to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered September 24, 2024 (D.I. 179), the Memorandum Opinion and Order issued on June 9, 2026 (D.I. 212), and any and all other orders, findings, and/or conclusions entered in this action decided adversely to Acer.

DATED: July 8, 2026

Respectfully submitted,

*/s/ Eric H. Findlay*

Jacob A. Schroeder (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Stanford Research Park, 3300 Hillview Avenue,
2nd Floor
Palo Alto, CA 94304
(650) 849-6600
jacob.schroeder@finnegan.com

Benjamin A. Saidman (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
217 17th Street, NW

Suite 1400
Atlanta, GA 30363-6209
(404) 653-6510
benjamin.saidman@finnegan.com

Sydney Kestle (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000
sydney.kestle@finnegan.com

Kaiwen Tseng (CA Bar No. 193756)
Craig Kaufman (CA Bar No. 159458)
Jerry Chen (CA Bar No. 229318)
TECHKNOWLEDGE LAW GROUP LLP
20660 Stevens Creek Blvd., Suite 381
Cupertino, CA 95014
Tel: (650) 517-5200
Fax: (650) 562-8054
ktseng@tklg-llp.com
ckaufman@tklg-llp.com
jchen@tklg-llp.com

Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, PC.
7270 Crosswater Avenue, Suite B
Tyler, TX 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com

*Attorneys for Defendant Acer Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that the foregoing document was served via electronic mail to all counsel of record who have appeared in this case per Local Rule CV-5 on July 8, 2026.

/s/ *Eric H. Findlay*
Eric H. Findlay